Riverside Correctional
8151 State Road
Philadelphia, Pa 19136

Plaintiff,
Ralph moore

v. : Case No. 25-CV-4682

Defendants,
Ericka Patterson, et, al.

Amended Complaint
42. U.S.C. Section 1983

Jurisdiction and Venue

This is a civil action authorized by 42. U.S.C. Section 1983 to redress the deprivation, under the color of state law of rights secured by the Constitution of the United States.

The Courts has Jurisdiction under 28 U.S.C section 1331 and 1343 (a)(3)

Plaintiff seeks Declaritory relief pursuant to 28 U.S.C. section 1331 and 1334(a)(3), Plaintiff seeks Declaritory relief pursuant to 28 U.S.C. section 2283, and rule 65 of the federal rules of civil procedure.

The 28 U.S.C. section 1391(b)(2) is an appropriate venue because it is where the event giving rise to claims accurred.

The Plaintiff Ralph moore ~~PP#~~ 1090154 is considered a pretrial detainee and is currently confinded at Riverside Correctional Facility under the care and custody of Warden Powers.

The Defendant Miro is a Correctional officer employed at Riverside Correctional Facility on State Road, Philadelphia, Pennsylvania 19136 employeed by the Philadelphia Department of Prisions owned by The City of Philadelphia. At all times mentioned in this Complaint held the position of Prison Guard and was assigned to H unit at the jail stated.

7am - 7pm shift, (She/he) is sued in (his/her) official and individual capacity.

Defendant lane is a lieutenant employed at the 8151, State Rd Philadelphia, Pa 19136 at all times mentioned in this complaint held the position of supervisor and is assigned to supervise (H unit at Riverside Correctional Facility) 7am - 7pm shift. He is sued in his official and individual capacity.

Defendant Denmark is a Correctional officer employed at The Philadelphia Dentention Center on State Road, Philadelphia, Pennsylvania 19136 emploueed by The Philadelphia Department of Prisions owned by The City of Philadelphia. At all times in this complaint held the position of Prision guard and was assigned to unit 120 mental/Trauma unit at the jail stated. 7am - 7pm shift. (He/she) is sued in (her/his) official and individual Capacity.

~~At~~ all time mentioned in this complaint, each defendant acted under the color of State law.

Legal Claims

Deliberate Indifference

8th Amendment

Defendant(S) Lane, Miro, Denmark deliberate indifference towards plaintiff for his and her failure to protect and act reasonably in response to the danger, C.O. miro failure to send Plaintiff to medical for broken wrist violates plaintiffs rights and constitutes cruel and unusual Punishment under the 8th Amendment to the United States Constitution and causes Plaintiff pain suffering, Physical injury, mental and emotional health distress (14th Amendment

Defendant(S) Warden Ericka Patterson, Warden Rose and Warden Powers Deliberate indifference towards Plaintiff for their failure to take

reasonable steps to prevent, or correct unconstitutional misconduct, failed to intervene, Permitted Conduct to continue even after Plaintiff filed intial grievance and grievance appeals informing defendants Miro, Denmark was deliberately indifference towards Plaintiff for Pepper spraying me multiple times, for dragging me out of the shower and purposely slamming my head with the shower door, dragging me down the stairs by my shirt collar intially causing suffocation till I eventually passed out and hand cuffing me on my broken wrist and arm which I have been continuously complaining about so tight it left perment scaring, For Physically attacking me by slapping and punching me in my mouth and jaw which caused my tooth to crack and busted my lip and caused me to bite my tongue where I eventually had to have a tooth removed and still currently suffer with occasional swelling in my jaw and excruciating pain that still needs medical (professional) attention.

Which violates Plaintiffs rights and constitute excessive use of force that amounts to punishment that violates the 14th Amendment to the United States Constitution that amounted in Physical injury mental and emotional distress pain and suffering.

Prayer For Relief

A preliminary and permanent injunction ordering defendant Miro3 Lt. Lane to cease their Physical violence, and Retalitory behaviors towards Plaintiff

A permanent injunction ordering defendants Warden Rose and Warden Powers to properly process and/or respond to initial grievances and grievance appeals notifying Plaintiff that grievances were received when submitted investigate reported Physical violations by Prison guard/correctional officer and provide medical attention when requested for emergency situation.

Plaintiff seeks nominal Damages and puntive damages in the amount of $1.5 millions severally against each defendant(s) Lane, Miro, Denmark, Rose, Powers, Patterson

Granting Plaintiff with Compensatory damages in the amount of $ 7.7 million against each defendant jointly.

Plaintiff also seeks a jury trial on all issues triable by Jury.

Plaintiff also seeks recovery of their costs in this suit, and any additional relief this court deem just proper and equal.

WhereFore, Plaintiff respectfully requests that this Honorable Court enter an order Precluding the introduction of any Testimony of Defendants disputing or opposing Plaintiff's reasonable counsel fees, costs, expenses, nominal, puntive and compensatory damages individually and jointly in accordance with Pennsylvania Rules of Civil [illegible]

Ralph Moore
Philadelphia Department of Prisons
Philadelphia, PA·19136
PPN 1090154




RECEIVED
OCT 30 2026
CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

United States
District Court
601 market Street
Philadelphia, Pa 19106